SARA MYERS et al., Plaintiffs, and ERIC A. SEIFF et al., Appellants, v ERIC SCHNEIDERMAN, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.

Submitted May 1, 2017; decided May 4, 2017

Motion by Unitarian Universalist Association, et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Chief Judge DiFIORE taking no part.

SARA MYERS et al., Plaintiffs, and ERIC A. SEIFF et al., Appellants, v ERIC SCHNEIDERMAN, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.

Submitted May 1, 2017; decided May 4, 2017

Motion by Compassion & Choices for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DiFIORE taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TWANEK CUMMINGS, Appellant.

Submitted May 1, 2017; decided May 4, 2017

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TITUS McBRIDE, Appellant, v WARDEN, Respondent.

Submitted February 14, 2017; decided May 4, 2017